**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | No. 20-0839 |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS WORONTZOFF, III,** | : | |
| Defendant. | : | |
| | : | |

## ORDER

This 6th day of August, 2020, upon consideration of State Farm's Motion to Strike, (ECF 8), and Coleman Gladis's response thereto, (ECF 13), it is hereby **ORDERED** that State Farm's Motion is **GRANTED**, and Mr. Gladis's Motion for Summary Judgment, (ECF 10) is **DENIED.** Because Mr. Gladis lacks the right to intervene in the action, and his joinder is not required as a necessary party, for the reasons expressed in the accompanying Memorandum, this Court's Order of May 14, 2020, (ECF 5), is **VACATED,** and the Clerk of Court is hereby directed to strike Mr. Gladis as a party.

/s/Gerald Austin McHugh_____
United States District Judge